IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

COURTNEY LAMONT SMITH                                                                            PLAINTIFF
ADC #149926

V.                                           NO: 4:11CV00703 JMM

THOMAS B. DEVINE, III                                                                            DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __8__ day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE